**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 17 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEANTAY TURNER<br>MICHAEL AVERY<br>BOBBY KNIGHT<br>AALIYAH PARKS<br>TONY BROADNAX | Criminal Action No.<br><br>1:22-cr-092<br><br><br>UNDER SEAL |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through counsel, Kurt R. Erskine, United States Attorney for the Northern District of Georgia, and C. Brock Brockington, Assistant United States Attorney, respectfully requests that this Court:

A. seal the indictment and arrest warrants in the above captioned case, as well as this motion to seal and corresponding order; and

B. authorize the Government to disclose the sealed indictment and arrest warrants to specified law enforcement officers to effect defendants' arrests.

1.

The Drug Enforcement Administration investigated a criminal enterprise operating in the Northern District of Georgia, and elsewhere, whose goal was to profit from the distribution of narcotics. The defendants listed below were members of that organization.

2.

Earlier today, a Grand Jury sitting in the Northern District of Georgia returned a six-count indictment against the following defendants, charging them with drug trafficking and firearm offenses:

- DEANTAY TURNER,
- MICHAEL AVERY,
- BOBBY KNIGHT,
- AALIYAH PARKS, and
- TONY BROADNAX.

The Government has requested federal arrest warrants for the above named defendants based on the indictment.

3.

Public disclosure of the indictment and arrest warrants at this time might: (a) alert the unapprehended defendants, as well as other potential defendants in a related investigation, to the pending arrest warrants, and (b) cause the unapprehended defendants to flee. Indeed, while the unapprehended defendants reside within this judicial district, the Government deems several of them to be significant flight risks. As a result, the Government respectfully requests that the Court order the indictment and arrest warrants be sealed pending the defendants' arrests. See Fed. R. Crim. P. 6(e)(4) ("The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial."); see also United States v. Edwards, 777 F.2d 644, 647 48 (11th Cir. 1985).

4.

The Government further requests that it be authorized to disclose the sealed indictment and arrest warrants to the United States Marshals Service, and any other authorized United States officer to effect the defendants' arrests.

WHEREFORE, the Government respectfully requests that: (a) the indictment, the arrest warrants, this motion, and the corresponding Order be sealed; and (b) the Government be authorized to disclose the sealed indictment and arrest warrants to specified law enforcement officers to effect defendants' arrests.

Dated: March 17, 2022.

Respectfully submitted,

KURT R. ERSKINE
*United States Attorney*

*/s/ C. Brockington*

C. BROCK BROCKINGTON
*Assistant United States Attorney*
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000
(404) 581-6181 fax
Georgia Bar No. 775084

3