IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEANTAY TURNER,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

MOTION TO VACATE
28 U.S.C. § 2255

CRIMINAL ACTION NO.
1:22-CR-00092-SCJ-01

CIVIL ACTION NO.
1:25-CV-6363-SCJ-CMS

**ORDER**

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Catherine M. Salinas [Doc. 268], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that Movant Deantay Turner's *pro se* motion under 28 U.S.C. § 2255 [Doc.265] is **DENIED** and a Certificate of Appealability is **DENIED**. It is **FURTHER ORDERED** that civil action number 1:25-CV-6363-SCJ-CMS is **DISMISSED**.

**IT IS SO ORDERED**, this 28th day of October, 2024.

STEVE C. JONES
UNITED STATES DISTRICT JUDGE